# MIDLAND ELEVATOR CO. v. HARRAH-ROBB GRAIN CO.

No. 3772. Opinion Filed October 27, 1914.

(143 Pac. 1168.)

*Error from District Court,. Oklahoma County;*

*W.. R. Taylor, Judge.*

Action by the Midland Elevator Company against the Harrah-Robb Grain Company upon an account. Judgment for defendant, and plaintiff brings error. Reversed and remanded.

*S. A. Horton,* for plaintiff in error.

*Giddings & Giddings,* for defendant in error.

Opinion by HARRISON, C. This was an action upon an account for the sum of $900. The trial in the court below resulted in a verdict in favor of defendant, and from such judgment the plaintiff appeals.

The facts and propositions of law involved in this cause are identical with those involved in *Midland Elevator Co. v. Harrah, ante,* 143 Pac. 1168, and by stipulation of the parties the causes were consolidated, and it was agreed that the decision in this cause should be the same as that in *Midland Elevator Co. v. Harrah, supra.*

Therefore, for the reasons given in that decision, the judgment in this cause should be reversed, and the cause remanded.

By the Court: It is so ordered.